*IN THE NORTHWESTERN FEDERAL COURTS*

*OF*

*FORT WORTH, TEXAS*    **4-24CV-200-0**

*[handwritten: Prime Minister of Russia Vladimir Putin]*

**LaKeshia R. Edmond**

*Plaintiff*

**FILED**

**March 4, 2024**

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

*Vs.*

*[handwritten: Derrick Edmond FBI]*

**Greystar Dba Burnett Lofts and its financial institutions**
*[handwritten: LaWanda Joyce Edmond]*

**AT&T Telecommunications and its financial institutions** *[handwritten: and AT+T Stadium]*

~~**EECU**~~ *[handwritten: Simi-Tex Sutron Multi Foods, Taco Bell Franchise]*

~~**Fort Worth Community Credit Union**~~
*[handwritten: Mildura Presidential LLL its subsidiaries. Market left Bank]*

**Olympus Property and its subsidiaries and financial institutions**

~~**Bellrock Real Estate Partners**~~

~~**Department of Family Protective Services**~~ *[handwritten: Safeway LLL - Tom Thumb Starbucks]*

**Presbyterian Night Shelter**

~~**Autobahn BMW Forth Worth, Texas**~~

**Defendants**

---

**Motion for Default Judgement**

*[handwritten: No attorneys fully "in laws"!]*

Now comes Plaintiff, LaKeshia Edmond with the matter of the approved filed with the City of Fort Worth, Texas police department, police report summary incident report number 230312525 filed on the 02/27/2023 at 10:40 P.M which being of this ~~2*th*~~ *[handwritten: 4th]* day of ~~February~~ *[handwritten: March]* making the matter over thirty days old regarding the matter of the City of Fort Worth police department or the Federal Agent Derrick Edmond who did nothing to assist or resolve the matter of the victim, Plaintiff LaKeshia Edmond and the matter of the suspects, being primary suspect, General Manager multi-millionaire, alleges, Jerry Jones with Wood Forest National Bank and the attached citation for Wood Forest National Bank *[handwritten: check in his property,]*

*[handwritten: Plaintiff alleges. This matter is of intentional government Russia + US Government World War II wars to keep Nato. Received James Minny to relate to president of the City of Arlington as city council member adjusted to for two year term as President]*

*Plaintiff LaKeshia Edmond states that due to the defaulted City of Fort Worth, Texas police report being more than thirty days since and there has been no matter of resolution for the victim, the Plaintiff, LaKeshia Edmond is entitled to the following thus being declared that the Plaintiff, LaKeshia Edmond strikes the matter of seeking a leave by motion to file any further civil suits in the State of Texas as well as any other states in US Government as well as International Government.*

*This also entitles the Plaintiff, to strike the matter of being declared vexatious litigant and does such any monetary restitution from the Tarrant County District courts 342ⁿᵈ.*

*Plaintiff LaKeshia Edmond states that she constantly harassed as Arkansas Secretary of State by residents who are wanted by the State of Arkansas for various criminal charges, being that Michelle Robinson and others from the State of Arkansas as well as being seen on drone by International Prime Minister of Russia Vladmir Putin is the Presbyterian Night Shelter employee and former by the this petition, KeKe and several other and requesting that the matter of her check from Tarrant County District Court 342ⁿᵈ courts as well as the matter of "black mold", is given the matter of an additional five million dollars from the homeless shelter as well as that the matter of FBI Agent Derrick Edmond and the problem of his professional matters of negligence as a FBI Agent, thus Plaintiff LaKeshia Edmond without changing her decision incarnates Andre Edmond for ten years for the matter of the gun which was placed in the Arkansas State Secretary face and must do complete his time in the State of Texas.*

*Federal Agent Derrick Edmond due to his bias for Michelle Robinson and refuses to help his relative Arkansas Secretary of State, without being contested by the Federal Agent, that Plaintiff LaKeshia Edmond has been the Arkansas Secretary of State since 2019 and thus because of his personal and professional conduct with the resident of the State of Arkansas, Michelle Robinson being married to Judge Gerald Robinson of Pine Bluff, Arkansas who is now fired, Gerald Robinson, and that the parents of former University of Arkansas Razorback Fayetteville and former Chicago Bulls NBA player is alleged deceased or is missing, or was assaulted by Aryan White Supercismist Group in the State of Arkansas alleged behind the Wood Forest National Bank check from the Plaintiff, LaKeshia Edmond as well as the Arkansas Secretary of State, states that Michelle Robinson who is wanted for warrants in the State of Arkansas and several other states, as Arkansas Secretary of State, that now in this suit as Prime Minister of Canada, that Michelle Robinson is serve until Daniel Robinson contacts the Governor of Arkansas Asa Hutchinson Sr, and Reverend James Murry Sr, to contact LaKeshia Edmond and say "hi, where are?*

*Plaintiff LaKeshia Edmond states that she entitled to the matter of the purchase of Burnett Lofts of Greystar for $1.00 money order serial number 28089883574, EECU money-order 28089883585, Fort Worth Community Credit Union money order 28089883596, Olympus Property money order 28089883607, AT&T Telecommunications money order*

*Money order 19-621949353 Muckgal Presidential LLC*

*Plaintiff LaKeshia Edmond files for Term Law Clerk of $146,014*

28089883618, Fort Worth, Texas BMW Autobahn money order 28089883620, ~~Kimpton~~
Harper money order 28089883631 from Tarrant County District Court cause number 067-
332970-22, Staybridge Suites and Hotel IHG Brand Hotel money order 28089883642 ~~in which~~
under current registered agent, is now that of Castle Rock Investment Group, Bellrock Real
Estate Partners LLC , its subsidiaries and financial institutions money order 28089883653.

*Plaintiff LaKeshia Edmond states that she is entitled to the Defendant's, Autobahn*
BMW Fort Worth, Texas stock number RCP30446 as well as stock number R9U58905 money
~~order number 28089883631~~ 28089883620.

Plaintiff LaKeshia Edmond requires FDIC employee

Plaintiff LaKeshia Edmond states that she is also entitled to her job as Arkansas
Secretary of State as well as case 60-cv-18-2642 LaKeshia Edmond vs The Park Avenue Loft
Apartments and et al as well as the matter for 212 Haywood Court Little Rock Arkansas for
$2.00 money order 28089883664.

LaWanda Joyce Edmond is new to relocate to downtown Ft. Worth Homeland Security while Soni Ng Nau to serve Nineteen 1st Bank for LaKeshia Edmond Smi-Tex and LaWanda Joyce Edmond Apt 2109

Plaintiff LaKeshia Edmond states that is requesting also that she is entitled to the
matter of 4309 Saddleback of Southlake, Texas as well as 7215 Oak Alley of Colleyville, 1717
Oakbrook Drive Keller, Texas as well as the matter of Colleyville Events and City Council
Member for both Keller, Texas as well as Southlake.

Kay Bailey Hutchinson to preside as City Council member for Southlake and Vladimir Putin as President of the Board. Salary $150,000.00

Plaintiff LaKeshia Edmond states because Federal Agent Derrick Edmond has not
made any arrests, regarding multi-millionaire alleged, Jerry Jones, Plaintiff LaKeshia
Edmond states that as her civil rights being violated, is now the Owner, President and CEO of Smi-Tex
~~Tom Thumb Foods~~, and requesting that ~~Richard Gordon would relocate to another store~~
~~being Albertson's located on Western Center Blvd of Fort Worth, Texas.~~

Southern Multi Foods franchise at TacoBell.

Plaintiff LaKeshia Edmond states that she is to with no fees per Tarrant County
Constable Office Manager, Smile Nau, to take the place of Richard immediately as the
Tarrant County Constable will need to execute the pro-se citations for Possession,
Garnishment and Execution to the location at 2400 W 7th Street, Fort Worth, Texas.

1614 S Main Street Ft Worth Tx Taco is now 24/7.

Plaintiff LaKeshia Edmond states the matter of registered agent for the ~~retail grocery~~ Smi-Tex
store is Castle Rock Investment Group as well as that Plaintiff LaKeshia Edmond states that in
this petition all matters or not being eligible for rehire are struck and that Plaintiff, LaKeshia
Edmond states that she is entitled to the matter of her hourly wages of $2099.95 at four hours
per day and will be adjusted accordingly due to her mental health disabilities and files that her
ssdi is not ever to be effected. Southern Multi Foods in this petition purchase Wild Wings

Plaintiff LaKeshia Edmond states that Atmosf had At and f stadium, that Nickelodeon Spongebob Square Pants, Patrick + Squidward are to perform in 2024 of August

*[handwritten top margin:] Tikets are to so on sifera lace by page 4 Prime Minister Vladimir Putin with be la seats Epied and Mr Lyfe as special guests with the Nick Jackson actors*

Plaintiff LaKeshia Edmond states that the matter of Dallas Cowboy Jerseys are 3 for $15 until all sold and that are not for profit for the Dallas Cowboys, *at the A Limit Stadium.*

*[handwritten:] Plaintiff LaKeshia Edmond states inter will be arrested by Chicano Tex-Holan*

Plaintiff LaKeshia Edmond states that in the matter of being homeless and that Derrick Edmond Federal Agent and relative to the mental health homeless children's author, states that she is seeking Burnett Lofts as Greystar for Dallas Texas as Castle Rock Investment Group as the apartment community registered agent and with Prime Minister of Russia Vladmir Putin as Vice President of Greystar its entirety and that LaKeshia Edmond as Sovereign is the owner of Burnett Lofts, as well as Bellrock Real Estate Partners LLC, and now a part of Bellrock Real Estate Partners LLC, its subsidiaries being bought for $2.00 Burnett Lofts as well as Olympus Properties. *Sovereign.*

*[handwritten:] Plaintiff LaKeshia Edmond states that Black History will be in government because it hunt in land*

Plaintiff LaKeshia Edmond states that after five business days, upon the completion of service, Plaintiff LaKeshia Edmond states that the filed order for the matter of all leasing with Greystar is cease as well as that the matter of financial institutions of Greystar Burnett Lofts, are now that Bellrock Real Estate Partners LLC, bought by Plaintiff LaKeshia Edmond. *[handwritten right margin:] sort and tie Texas, arkansas, Missouri, Oklahoma, Mississippi, California, Michigan,*

Plaintiff LaKeshia Edmond states that the matter of management is that Mercedes Parra is to replace all management and that LaKeshia Edmond will take over as President for Bellrock Real Estate Partners LLC, where she will be taking ownership of all first floor units for kids from the Department of Family Protective Services being previously adopted by the Plaintiff LaKeshia Edmond. *[handwritten right margin:] New York & DC*

*[handwritten:] Plaintiff LaKeshia Edmond reassigns that Ken Paxton City loved her*

Plaintiff LaKeshia Edmond states that all matters of the units must marked off by corporate of Los Angeles California and Dallas Texas and that all other units cannot be leased while in the process of a merger and litigation. *[handwritten:] April Arlington Tx District 4. salary $150,000 00 with two week advance*

Greystar will have until the *[crossed out: March]* 8th of Friday being ~~March~~ 2024, being of Dallas Texas Corporate office to have log in sign on ids for LaKeshia Edmond so that Plaintiff LaKeshia Edmond may amend this federal petition as well as for Bellrock Real Estate Partners LLC.

*[handwritten:] Plaintiff LaKeshia Edmond states Derick Edmond bead all others*

Plaintiff LaKeshia Edmond are to be carried out quickly as possible to avoid being accessed fines and fees by Homeland Security Administration and this includes former President Jimmie Carter who is awaiting for Plaintiff LaKeshia Edmond to relocated permanently as well as International Government in-laws from Russia and also other fellow US Government employees including those of the State of Arkansas. *[handwritten right margin:] Tim Griffin City of Dallas $250,000 00 Bundler Kickback*

*[handwritten:] bead to US Government lawsuit repay*

*[handwritten:] Plaintiff LaKeshia Edmond will start on March 22nd 2024*

Plaintiff states the State of Arkansas will not institute the church in this suit and may transfer or use fraudulent checks or fraud the church of any race or creed.

*[handwritten bottom:] Plaintiff LaKeshia Edmond states that apartments 1309, 1207, 1107, 1234 are now leased through this petition + LaKeshia Edmond. may not be contested. Plaintiff LaKeshia Edmond strikes all Federal Court Judges*

*[handwritten right margin bottom:] City of Dallas withdrawn on the 22nd of March*

*Those homeless of the OGM account*
*seats will relocate by Prime Minister Vladimir*
*R. Putin.*

**Plaintiff LaKeshia Edmond** states that Jalynndria Murry with son and Mercedes
Kauntz along with Plaintiff LaKeshia Edmond are awaiting for the Plaintiff LaKeshia Edmond to be
served.

*Plaintiff LaKeshia Edmond states that*
*Thomas Price Jr to work as former employee regarding Bruce*
*Edmond Case,*

**Plaintiff LaKeshia Edmond** who now would like to motion to the courts regarding the
matter of Smile Nau, Tarrant County Constable Office manager who initiated the matter of
the Writs for the following EECU, Wells Fargo, Junction Crossing, Fort Worth Community
Credit Union, Staybridge Suites and Hotel and Wood Forest Nation with date stamped notary
by the Tarrant County Constable Office Manager, has thus now perjured herself from
previous filed arguments from DC-2304258, where the Tarrant County Constable Office
Manager states that she is not liable to which, Plaintiff LaKeshia Edmond sues, however now
find that the Plaintiff, LaKeshia Edmond who has emailed the Tarrant County Constable
Office Manager, as well as previously filed federal suit, 4:23-CV-00683, where the Tarrant
County Constable Officer did not adhere to the Plaintiff's petition thus still living in the
homeless shelter of the Presbyterian Nigh Shelter with evidence of 'black mold", and now
living at the United Gospel Mission, with a problem of "black mold", Plaintiff LaKeshia
Edmond states that this *her* not her job duty at this point to provide evidence of "black mold"
regarding the United Gospel Mission, as Derrick Edmond did not want to arrest anyone, and
Smile Nau did not want to execute constable service, all matters of evidence of mold can be
seen on drone from Houston via Prime Minister of Russia Vladmir Putin.

*for the Department of Defense and former position at Bruce*
*Edmond Case*

In conclusion with the evidence attached and Federal Agent's Derrick Edmond's negligence
as well as the Smile Nau being negligent, and Jerry Jones not being arrested by the City of
Fort Worth, Texas and the matter of the "black mold", in homeless shelters and its
overcrowding continually, Plaintiff LaKeshia Edmond strikes all matters of attorney's,
rebuttals, arbitration, are struck, as well as the matter of styling requirements, and citations.

*Plaintiff LaKeshia Edmond states that she is requesting*
*that Smile Nau. to serve smi-tex trained on notary fairly*
*So that*
*she can*
*work*

**Plaintiff LaKeshia Edmond** states the because of the urgency of the State of Arkansas and
the State of California as well as former President Donald Trump Sr, and others in this suit,
knowing that Plaintiff LaKeshia Edmond has been watched for twelve years by drone satellite
being monies and deficits for both countries the previous cases and other Defendants filed by
the Plaintiff LaKeshia Edmond will have to request that for another six months of Russian
Government drone satellite, and that all cases will that of International Government as well as
this current case and the matter of Governor Greg Abbot is replaced permanently by Betsy
Price, and that Fort Worth Texas Mayor is removed. *Attorney Account to be managed*

*Plaintiff LaKeshia Edmond, states Governor to be Hotline*
*or Federal Account worthy Plaintiff LaKeshia states the*

Wherefore without further delays, this Motion for Default Judgement is now that awarded by
the Arkansas Secretary of State.

*Plaintiff LaKeshia Edmond now states that acquires*
*Mueller 1st bank of Lubbuck TX, being Mueller President*
*Who, new it Castle Back Investment Group*

Plaintiff Lakeshia Edmond states
that she will real start working on the
22nd of March 2024 as CEO owner President
of Smi-Tex Two Bell running Gabriel,
and Maijoez and
Kevin Sims to
be a Vice President
for Smi Tex + corporate
to relocate to
Downtown Ft. Worth Tx

Plaintiffs wages
are 2999.95
per hr vic daily

Regards,

*LaKeshia Edmond*

**LaKeshia Edmond**

**4364 Western Center Blvd #1261**

**Fort Worth, Texas 76137**

**501-716-0014**

**Lakeshiaedmond77@gmail.com**

Lawuancla Jayne Edmond + Alalice Daly
Christian University with Maya Cilona Verelle Pendere Vince Chearsy
The matter of Smi-Tex are to have
have no days of contesting and three
days counting the day of service, Plaintiff
Lakeshia Edmond will file for awarding.

Tom Thumb will merge with WestFest to your bank
Circystar money order 2818988355 14
At and T Corporate money order 2806 9883018
Asa Hutchinson State of Arkansas money order 2818988344
Jefcoarg LLC - Tom Thumb money order 2818988303
Southern Multi Fuels Smi Tex Two Bell money order

This case is to close in May 2024    2818988342
Southern MultiFuelst    Prime minister acknowledgment his money wires
Starbucks Coffee are merged with money order
and all Starbucks Stocks bought for $100. money order
# 19. 62/ SBUX Success of now reads on Nasdaq
149351



FORT WORTH POLICE DEPARTMENT SUMMARY INCIDENT REPORT

**REPORT NUMBER: 230312525**

## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | | INITIAL SUPP | X | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|---|---|
| FRAUD | Identity Theft | | | | 02/05/2023 05:00 PM | 02/05/2023 05:00 PM | 02/27/2023 10:40 PM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | | APPROVED BY: |
|---|---|---|---|---|
| *** | T23002875 | 6225 SANDSHELL Drive, Fort Worth, TX 76137 | | M570/Karen Bryant |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| 14 HOTEL/MOTEL/ETC. | | | | | | |

## PERSON LISTINGS

| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|
| 1 | VICTI | Edmond | Lakeshia | | *** | *** | * | | |
| | SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
| | *** | *** | *** | | | | | | |
| | EMAIL | | | RESIDENCE ADDRESS | | | | HOME PHONE | |
| | lakeshlaedmond77@gmail.com | | | *** | | | | *** | |
| | EMPLOYER NAME | | | BUSINESS ADDRESS | | | | WORK PHONE | |
| | | | | *** | | | | | |

## NARRATIVE

In February of 2023, I rented a room from a hotel establishment that I had served in 2019. The day I left the hotel, I had no pending reservations or any incidentals for hotel damages. The hotel forced placed a charge on my debit card for $140.
I spoke with a black female who took my name and number but has not given my monies back. My Derrick Edmond is a Dallas FBI Agent and video surveillance cameras were being used. I am not sure if he has reviewed the camera's to see whether or they stole my info and couldn't get a room for Odell Beckham Jr who is and was heard regarding the matter with Dak Prescott and Jerry Jones. My in laws Prime Minister Vladimir Putin of Russia can validate this statement but there are witnesses in this matter. Again, I am asking that the City of Fort Worth Texas, being Tarrant County Constable Office would serve the IHG being Staybridge Suites and Hotel as well as Avid and have those be given over to Russian Government authorities to be arrested by US Government authorities Dallas FBI Agent Derrick Edmond, my relative.

- Please provide your financial institution's name and address. = [Current Prepaid Debit Card]
- Please provide any credit/debit card or check numbers. = [Current Prepaid Debit Card ]
- At what business or businesses did the unauthorized transaction(s) occur? Please provide name, address, city, and state. = [Avid IHG Hotel]
- What was the total amount of charge(s)? = [$140]
- Have you been reimbursed by your financial institution? If yes, how much? = [No]
- Was your personal information used or different information? If no, please provide the information used.
    = [Yes]



https://mail.google.com/mail/u/0/

# Career Opportunity



| | |
|---|---|
| **Position:** | **Term Law Clerk** |
| **Vacancy Number:** | **24-10** |
| **Location:** | **Fort Worth, TX** |
| **Closing Date:** | **Open Until Filled** |
| **Starting Salary/Range:** | **JSP 11/1 - 13/10** |
| | **$78,820-$146,047\*** |
| | ***Depending upon qualifications and experience** |

## U.S. District Court for the Northern District of Texas

### Position Overview:
The United States District Court for the Northern District of Texas is recruiting for a term law clerk to a United States magistrate judge. A law clerk to a magistrate judge performs substantive analysis, research, and writing; assists the judge with case management in all phases of litigation; and drafts bench memos, opinions, and orders on matters pending before the judge. This clerkship is term and will begin in August of 2024 and end in August of 2025.

### Qualifications:
To qualify for the position of law clerk, a person must be a graduate of an accredited law school when clerkship begins, be in the top 25% of his or her class, have strong academic credentials, possess superior legal research, writing, and analytical skills, and be proficient in computer-assisted legal research, Windows, and Word. The ability to prioritize assignments, to work well under pressure, to timely meet deadlines, and to multi-task by working on several differing projects or cases within a single day are critical to this position.

### Other:
Employees of the U.S. District Court for the Northern District of Texas are excepted service appointments. Employees are considered at will and are not covered by federal civil service classifications or regulations. Immigration law requires public employers to hire individuals who are lawful permanent residents (i.e., green card holder) seeking U.S. citizenship. Employees must adhere to the Judiciary Code of Ethics and Conduct.

The Northern District of Texas is made up of 100 of the 254 counties in Texas.

Nine of the cities in the district are among the top twenty most populous cities in Texas. Two of the cities, Dallas and Fort Worth, are in the top twenty most populous cities in the country.

Geographically, the district encompasses more than 96,000 square miles, making it the largest land area federal district in the country, except for those that encompass an entire state.

Many of the nation's Fortune 500 companies are either headquartered or have a major presence in the Dallas/Fort Worth Metroplex.

Due to the high volume of applicants received, the Court will only communicate with applicants who will be considered for interviews. Applicants selected for interviews must travel at their own expense, and relocation expenses will not be reimbursed.

Candidates who are selected for employment in the judiciary must successfully pass a background check or investigation as a condition of employment. The background check will include, at a minimum, an FBI fingerprint check. Full field investigations will be conducted on positions that are classified as high-sensitive. Once employed, the candidate may be subject to periodic background investigation updates.

**The Court is an Equal Opportunity Employer:**
The Court reserves the right to modify the conditions of this job announcement, to withdraw the announcement, or to fill the position sooner than the closing date without prior notice. The U.S. District Court requires employees to adhere to a Code of Ethics and Conduct. **This court provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application and interviewing process, please notify the local human resources representative.** Decisions on granting reasonable accommodations will be made on a case-by-case basis.



# How to Apply

Submit *cover letter, resume, law school transcript, three references, and one writing sample to:*

Chambers of Judge
Jeffrey L. Cureton
501 W. 10th St. Rm 520
Fort Worth, TX 76102

# Email Address:

Kristi_verna@txnd.uscourts.gov



# Visit Our Website:

**www.txnd.uscourts.gov**

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Ukeshia Edmond

### DEFENDANTS
lawanda Joyce Ellis et al NA

**(b)** County of Residence of First Listed Plaintiff  Tarrant
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

RECEIVED
MAR - 4 2024
CLERK U.S. [DISTRICT COURT]
NORTHERN DISTRICT [OF TEXAS]

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
NA

Attorneys *(If Known)*
NA

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [x] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*   *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

### REAL PROPERTY
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

### CIVIL RIGHTS
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty
**Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

### LABOR
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

### IMMIGRATION
- 462 Naturalization Application
- 465 Other Immigration Actions

### BANKRUPTCY
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

### INTELLECTUAL PROPERTY RIGHTS
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

### FEDERAL TAX SUITS
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- [x] 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*  890

Brief description of cause:  Ukeshia Edmond vs lawanda Joyce Ellis et al

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

### FOR OFFICE USE ONLY
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____